IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02763-BNB

CASS MITCHELL,

Applicant,

v.

B. DAVIS – Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Cass Mitchell, is a prisoner in the custody of the United States Bureau of Prisons and he currently is incarcerated at the Federal Correctional Institution at Englewood, Colorado. Mr. Mitchell has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Mitchell is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Mitchell will be ordered to file an amended application.

The court has reviewed the habeas corpus application filed by Mr. Mitchell and finds that the application is deficient. In particular, the court finds that Mr. Mitchell fails to set forth a clear and concise claim that demonstrates he is entitled to the relief he seeks. The relief Mr. Mitchell seeks is clear. He asks either to be released to a halfway

house that provides services to convicted sex offenders, to be transferred to another correctional facility that offers treatment to sex offenders, or to be placed on home confinement. However, it is not clear why Mr. Mitchell believes he is entitled to the requested relief because he fails to allege facts that demonstrate his custody is illegal. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Mr. Mitchell's assertion that he is eligible for an early release pursuant to 18 U.S.C. § 3621(e) does not demonstrate that his custody is illegal or that he is entitled to the requested relief.

Therefore, Mr. Mitchell will be directed to file an amended habeas corpus application that clarifies the claim he is asserting if he wishes to pursue that claim in this action. Mr. Mitchell must allege, clearly and concisely, which of his rights have been violated and he must provide specific facts to demonstrate how his rights have been violated and why he is entitled to the relief he seeks in this action. Accordingly, it is

ORDERED that Mr. Mitchell file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Mitchell, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. Mitchell fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED January 6, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02763-BNB

Cass Mitchell
Reg No. 62850-097
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 1/6/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk