FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02763-BNB

CASS MITCHELL,

Applicant,

v.

B. DAVIS – Warden,

Respondent.

## ORDER OF DISMISSAL

Applicant Cass Mitchell initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 6, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Mitchell to file an amended application for a writ of habeas corpus that clarifies the claims he is asserting in this action. Mr. Mitchell was warned that the action would be dismissed without further notice if he failed to file an amended habeas corpus application within thirty days.

Mr. Mitchell has failed to file an amended application for a writ of habeas corpus within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 6 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file an amended application as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file an amended application as directed.

DATED at Denver, Colorado, this 12 day of Feb., 2009.

BY THE COURT:

*signature: Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02763-BNB

Cass Mitchell
Reg No. 62850-097
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/13/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk